IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Master Docket No. 96-cv-91139-ZLW-CBS

In re:

WAL-MART STORES, INC., FAIR LABOR STANDARDS ACT LITIGATION - MDL 1139

---

*consolidated Civil Action No. 95-cv-01705-ZLW-CBS*

BILLY PRESLEY, *et al.*,
      Plaintiffs,

v.

WAL-MART STORES, INC.
      Defendant.

---

*and consolidated Civil Action No. 95-cv-02050-ZLW-CBS*

MICHAEL FIORENZI,
      Plaintiff,

v.

WAL-MART STORES, *et al.*,
      Defendants,

---

*and related but not consolidated Civil Action No. 97-cv-00257-ZLW-CBS*

JOEL D. YATES, II, *et al.*,
      Plaintiffs,

v.

WAL-MART STORES, INC., *et al.*,
      Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Unopposed Motion for Leave to File Oversized Brief (filed March 20, 2006; *doc. no. 585*) is **GRANTED**. Plaintiff is granted leave to file a brief in excess of the twenty-five page limit by ten pages for their response in opposition to Defendant's motions for summary judgment and decertification.

**DATED:**      March 21, 2006