IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Master Docket No. 96-cv-91139-ZLW-CBS

In re:
WAL-MART STORES, INC., FAIR LABOR STANDARDS ACT LITIGATION - MDL 1139

---

*consolidated Civil Action No. 95-cv-01705-ZLW-CBS*

BILLY PRESLEY, *et al.*,
    Plaintiffs,

v.

WAL-MART STORES, INC.
    Defendant.

---

*and consolidated Civil Action No. 95-cv-02050-ZLW-CBS*

MICHAEL FIORENZI,
    Plaintiff,

v.

WAL-MART STORES, *et al.*,
    Defendants,

---

*and related but not consolidated Civil Action No. 97-cv-00257-ZLW-CBS*

JOEL D. YATES, II, *et al.,*
    Plaintiffs,

v.

WAL-MART STORES, INC., *et al.*,
    Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

  IT IS HEREBY ORDERED that Defendants' Motion for Leave to Exceed 10-page Limit for its Reply in Support of Motion for Summary Judgment and Decertification (filed April 7, 2006; *doc. no. 593*) is **GRANTED**.

**DATED:**  April 10, 2006