IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. 96-Z-91139 (CBS)
In re: WAL-MART STORES, INC., FAIR LABOR STANDARDS ACT LITIGATION - MDL 1139
_____

Civil Action No. 95-Z-1705 (CBS)

BILLY PRESLEY, *et al.*,
    Plaintiffs,
v.

WAL-MART STORES, INC., *et al.*,
    Defendants,
_____

and consolidated Civil Action No. 95-Z-2050 (CBS)

MICHAEL FIORENZI,
    Plaintiff,
v.

WAL-MART STORES, *et al.*,
    Defendants,
_____

and related but not consolidated Civil Action No. 97-Z-0257 (CBS)

JOEL D. YATES, II, *et al.,*
    Plaintiffs,
v.

WAL-MART STORES, *et al.*,
    Defendants.
_____

## ORDER TO TERMINATE NOTICE
_____

Magistrate Judge Craig B. Shaffer

This civil action is before the court regarding the mail addressed to attorney Alan Magenheim, 1221 McKinney #3600, Houston, Texas 77010 that has been returned as undeliverable on April 11, 2006, April 10, 2006, March 20, 2006, March 7, 2006, February 28, 2006, February 3, 2006, and July 29, 2005.  (*See* docs. # 598, # 597, # 588, # 583, # 581, # 575, and # 565).

The court's records indicate that on February 28, 2003, District Judge Weinshienk granted Magenheim's motion to withdraw.  (*See* doc. # 405).  Accordingly,

IT IS ORDERED that the Clerk of the Court is authorized to terminate notice to Alan Magenheim.

Dated at Denver, Colorado this 13th day of April, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge