IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Master Docket No. 96-cv-91139-ZLW-CBS

In re: WAL-MART STORES, INC., FAIR LABOR STANDARDS ACT LITIGATION – MDL 1139

_____

**Consolidated Civil Action No. 95-cv-01705-ZLW-CBS**

BILLY PRESLEY,
CINDY WACASTER, and
JERRY ARCHULETA, for and on behalf of themselves and other employees similarly situated,

    Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,

    Defendant.

_____

**and consolidated Civil Action No. 95-cv-02050-ZLW-CBS**

MICHAEL FIORENZI,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware Corporation,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: February  21 , 2007

     It is ORDERED that Plaintiffs' Motion To Defer Determination Of Attorneys' Fees And Costs (Doc. No. 636) is denied.  It is

     FURTHER ORDERED that Plaintiffs' Unopposed Motion For An Extension Of Time (Doc. No. 635) is granted in part, and Plaintiffs may file a motion for attorneys' fees on or before March 6, 2007.  It is

     FURTHER ORDERED that Plaintiffs' request for an extension of time to file a bill of costs is denied as moot based on the Court's Order of February 21, 2007, which orders that the parties shall pay their own costs.