IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. 96-Z-91139 (CBS)
In re: WAL-MART STORES, INC., FAIR LABOR STANDARDS ACT LITIGATION - MDL 1139

---

consolidated Civil Action No. 95-Z-1705 (CBS)

BILLY PRESLEY, *et al.*,
    Plaintiffs,
v.

WAL-MART STORES, INC., *et al.*,
    Defendants,

---

and consolidated Civil Action No. 95-Z-2050 (CBS)

MICHAEL FIORENZI,
    Plaintiff,
v.

WAL-MART STORES, *et al.*,
    Defendants,

---

and related but not consolidated Civil Action No. 97-Z-0257 (CBS)

JOEL D. YATES, II, *et al.,*
    Plaintiffs,
v.

WAL-MART STORES, *et al.*,
    Defendants.

---

ORDER SETTING DEADLINE FOR FILING STIPULATED MOTION TO DISMISS

---

Magistrate Judge Craig B. Shaffer

    This civil action is before the court regarding the Courtroom Minutes/Minute

Order dated March 13, 2009 (doc. # 672).  Pursuant to counsel's representations that a stipulated motion to dismiss these civil actions would be filed based upon a signed agreement to participate in binding arbitration,

IT IS ORDERED that a stipulated motion to dismiss these civil actions shall be filed **on or before Friday April 24, 2009**.

Dated at Denver, Colorado this 15th day of April, 2009.

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge