IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Master Docket No. 96-cv-91139-ZLW-CBS

In re: WAL-MART STORES, INC., FAIR LABOR STANDARDS ACT LITIGATION – MDL 1139

_____

**Consolidated Civil Action No. 95-cv-01705-ZLW-CBS**

BILLY PRESLEY,
CINDY WACASTER, and
JERRY ARCHULETA, for and on behalf of themselves and other employees similarly situated,

    Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,

    Defendant.
_____

**and consolidated Civil Action No. 95-cv-02050-ZLW-CBS**

MICHAEL FIORENZI,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware Corporation,

    Defendant.
_____

ORDER OF DISMISSAL
_____

It is ORDERED that the Joint Motion For Dismissal With Prejudice (Doc. No. 674; Apr. 24, 2009) is granted. It is

FURTHER ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), the parties to pay their own costs and attorney's fees

DATED at Denver, Colorado, this 29th day of April, 2009.

BY THE COURT:

*[signature]*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court